**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**JAMES LESTER**                                                **PETITIONER**

**V.**                                 **NO. 2:08CV172-A-A**

**RONALD KING, et al.**                                 **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued this day, Respondent's motion to dismiss (docket entry 7) is **GRANTED**. The instant petition is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

THIS the   3rd   day of November, 2009.

                                                       /s/ Sharion Aycock
                                                       **U.S. DISTRICT JUDGE**